JOHNATHAN JOHNSON, Appellant, v STATE OF NEW YORK, Respondent. (And Two Other Actions.)

Submitted December 1, 2014; decided January 13, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MILTON LESTA, Appellant.

Submitted November 24, 2014; decided January 13, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division where the appeal to the Appellate Division was from an order entered in an appeal from another court (see NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES PEARCE, Appellant, v JOHN LEMPKE, Respondent.

Submitted December 1, 2014; decided January 13, 2015

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (see NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.